Nos. 815 y 819.—MARYLAND CASUALTY Co., peticionaria, *v.* CORTE, dmda.—▉ Marzo 8, 1932. ROBLES, peticionario, *v.* CORTE, dmda.—▉ Marzo 11, 1932.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

No siendo la actuación de una corte de distrito rehusando declarar que la Comisión Industrial carece de jurisdicción, aun en la hipótesis

de que tal jurisdicción falte, un error de procedimiento o de juris-- dicción, *no ha lugar* a expedir el auto solicitado.